UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
EXCEL SPORTS MANAGEMENT, LLC
and CASEY CLOSE,

                              Plaintiffs,

v.

DOUGLAS MITCHELL GOTTLIEB,

                              Defendant.
-------------------------------------------------------------------x

Civ. Action No. 1:22-cv-06006

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiffs hereby voluntarily dismiss civil action 1:22-cv-06006 with prejudice and without costs to either party as against the other. Defendant has not served an answer or motion for summary judgment.

Dated: September 7, 2022

**MEISTER SEELIG & FEIN LLP**

By: _____
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
         kaf@msf-law.com

*Attorneys for Plaintiffs*